## HUFFMAN v. THE STATE.
(Decided June 15, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

EVANS, J.—No bill of exceptions and no error of record. Affirmed.

---

## HUTSON v. NICHOLS.
(Decided June 1, 1916.)

APPEAL from Morgan Law and Equity Court.

Heard before Hon. THOS. W. WERT.

No counsel marked for appellant. WERT & LYNNE, for appellee.

PER CURIAM.—Affirmed for want of assignment of error.

---

## LEE v. THE STATE.
(Decided August 1, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

JAMES BARTON, for appellant. W. L. Martin, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on motion of appellant.

---

## McHENRY v. STABLER.
(Decided September 7, 1916.)

APPEAL from Butler Circuit Court.

Heard before Hon. A. E. GAMBLE.

No counsel marked for either party.

PER CURIAM.—Appeal dismissed.

---

## MOBILE FISH & OYSTER CO. v. INGE.
(Decided June 30, 1916.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

ERVIN & McALEER, for appellant. FRANCIS J. INGE, for appellee.

PER CURIAM.—Affirmed by agreement.